Lee Gelernt*
Andre Segura*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*asegura@aclu.org*

Daniel J. Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)**
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
T: (602) 650-1854
F: (602) 650-1376
*dpochoda@acluaz.org*
*jlyall@acluaz.org*

Luis F. Parra (Bar No. 21570)
PARRA LAW OFFICES
571 North Grand Avenue
Nogales, AZ 85621
T: (520) 281-9369
F: (520) 281-1396
*lfparra@azmxlaw.com*

Roberto C. Montiel (Bar No. 003198)
ROBERTO MONTIEL LAW OFFICES
571 North Grand Avenue
Nogales, AZ 85621
T: (520) 281-2923
*lawrobertomontiel@hotmail.com*

*Attorneys for Plaintiff*

(*Additional Counsel on Subsequent Pages*)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARACELI RODRIGUEZ, individually and as the surviving mother and personal representative of the ESTATE OF J.A., Deceased,<br><br>     *Plaintiff*,<br>  v.<br><br>JOHN DOES 1–10, Agents of U.S. Border Patrol, and DOES 11–20, Officers of U.S. Customs and Border Protection,<br><br>     *Defendants*. | CASE NO. 4:14-CV-02251-RCC<br><br>**JOINT MOTION REGARDING STAY OF DISCOVERY** |

*Additional Counsel*

Cecillia D. Wang*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 268-7522
*cwang@aclu.org*

Arturo J. Gonzalez*
Elizabeth Balassone*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
T: (415) 268-7000
F: (415) 268-7522
*agonzalez@mofo.com*
*ebalassone@mofo.com*

Mitra Ebadolahi*
ACLU FOUNDATION OF SAN DIEGO
AND IMPERIAL COUNTIES
P.O. Box 92138
San Diego, CA 92138-7131
T: (619) 232-2121
F: (619) 232-0036
*mebadolahi@aclusandiego.org*

*\* Admitted pro hac vice*
*\*\* Admitted pursuant to Ariz. Sup. Ct.*
  *R. 38(f)*

On November 6, 2014, Defendant filed a motion to stay discovery pending the outcome of the criminal investigation by the Department of Justice (Doc. 33). After consultation, the parties have now reached an agreement regarding Defendant's motion. Under the agreement, discovery will be stayed until April 15, 2015. If the criminal investigation remains ongoing at that time, and the parties cannot reach agreement, Defendant may file a motion seeking a further stay of discovery from the Court. A proposed Order reflecting this agreement has been filed simultaneously with this joint motion.

DATED: November 21, 2014

| | |
|---|---|
| /s/ Sean C. Chapman<br>LAW OFFICES OF SEAN C. CHAPMAN, P.C. | /s/ Lee Gelernt<br>ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

1

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 21st day of November, 2014, I electronically submitted the foregoing document to the U.S. District Court Clerk's Office by using the ECF system for filing and transmittal.

                                        By: */s/ Lee Gelernt*
                                              Lee Gelernt