1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9   Araceli Rodriguez, | No. CV-14-02251-TUC-RCC |
| 10              Plaintiff, | **ORDER** |
| 11   v. | |
| 12   Lonnie Swartz, | |
| 13              Defendant. | |

14
15      Pending before the Court are Defendant's Motion to Stay Discovery (Doc. 33) and

16   the parties' Joint Motion Regarding Stay of Discovery (Doc. 44). Finding good cause,

17      **IT IS HEREBY ORDERED** denying (Doc. 33) as moot.

18      **IT IS FURTHER ORDERED** granting (Doc. 44). Discovery shall be stayed until

19   April 15, 2015. Plaintiff is reminded of the December 8, 2014 deadline to respond to

20   (Doc. 30) Defendant's Motion to Dismiss.

21      Dated this 21st day of November, 2014.

22
23
24
25                                        _____
26                                        Raner C. Collins
                                          Chief United States District Judge
27
28