**Sean C. Chapman**
**Law Offices of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ARACELI RODRIGUEZ, | ) | CASE NO.: CV-14-02251-TUC-RCC |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUPPLEMENTAL** |
| v. | ) | **AUTHORITY RE: MOTION** |
| | ) | **TO DISMISS FIRST AMENDED** |
| LONNIE SWARTZ, et. al., | ) | **COMPLAINT** |
| Defendants. | ) | |
| | ) | |

The Defendant, through undersigned counsel, Sean C. Chapman of THE LAW

OFFICES OF SEAN C. CHAPMAN, P.C., hereby files this Notice of Supplemental

Authority: the Fifth Circuit's unanimous En Banc decision in *Hernandez v. United States*, __

F.3d __, 2015 WL 1881566.

The *Hernandez* panel opinion was discussed extensively by the parties due to its

substantial similarity to the instant case, both factually and with respect to the legal issues it

addressed. The En Banc decision constitutes supplemental authority that supports Agent

Swartz's Motion to Dismiss the First Amended Complaint because the Court held that,

pursuant to *United States v. Verdugo–Urquidez*, 494 U.S. 259 (1990), Hernandez, a Mexican

citizen who had no "significant voluntary connection" to the United States, and who was on Mexican soil at the time he was shot, cannot assert a claim under the Fourth Amendment. 2015 WL1881566, *1. This favorably resolves the identical argument made by Agent Swartz. See Doc. 30 at pp. 10-13.

The En Banc decision also favorably resolves the argument made by Agent Swartz regarding Plaintiff's claim under the Fifth Amendment. See Doc. 30 at pp. 13-28. The Court held that in 2010 when Hernandez was shot and killed, the general prohibition of excessive force under the Fifth Amendment did not clearly apply where the person injured was an alien with no significant, voluntary connection to, and was not in, the United States. 2015 WL1881566, *2. While the incident at bar occurred two years later in 2012, there was no change in the law that would have reasonably warned Agent Swartz that his conduct violated the Fifth Amendment.

In sum, the En Banc Court found that the Plaintiffs have no cognizable constitutional claim against Agent Meza. For the reasons set forth in the opinion, this Court should likewise find no constitutional claim exists as to Agent Swartz's conduct, and dismiss the First Amended Complaint.

RESPECTFULLY SUBMITTED this 28th day of April, 2015.


LAW OFFICES OF SEAN C. CHAPMAN, P.C.


By: __/s/Sean Chapman___
Sean C. Chapman

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:   /s/Sean Chapman