1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| Araceli Rodriguez, | No. 4:14-CV-02251-RCC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Lonnie Swartz, | |
| Defendant. | |

Pending before the Court is Defendant's Second Motion to Stay Discovery (Doc. 52) and the Parties' Joint Motion to Hold Defendant's Discovery Motion in Abeyance (Doc. 53).

**IT IS HEREBY ORDERED** *granting* (Doc. 53); Defendant's motion to stay discovery is held in abeyance until such time as the parties either reach agreement on the timing and scope of discovery or inform the Court that no agreement is possible.

**IT IS FURTHER ORDERED** *denying* (Doc. 52) as moot.

Dated this 29th day of April, 2015.

_____

Raner C. Collins
Chief United States District Judge