1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9    Araceli Rodriguez,                          No. 4:14-CV-02251-RCC
10                      Plaintiff,
                                                 **ORDER SETTING ORAL**
11   v.                                          **ARGUMENT**
12   Lonnie Swartz,
13                      Defendant.
                           .
14
15
16        Pending before the Court is Defendant's Second Motion to Dismiss (Doc. 30).
17   Plaintiff has requested oral arguments (Doc. 46), which this Court finds appropriate.
18        **IT IS HEREBY ORDERED** that Oral Arguments will be held on **Tuesday, May**
19   **26 at 1:30 p.m.** before the Honorable Raner C. Collins in Courtroom #5D located at the
20   Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona
21   85701.
22        Dated this 7th day of May, 2015.
23
24
25
26   _____
                      Raner C. Collins
27              Chief United States District Judge
28