Lee Gelernt*
ACLU FOUNDATION
125 Broad Street
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

Luis F. Parra (Bar No. 21570)
PARRA LAW OFFICES
571 North Grand Avenue
Nogales, AZ 85621
T: (520) 281-9369
lfparra@azmxlaw.com

Roberto C. Montiel (Bar No. 003198)
ROBERTO MONTIEL LAW OFFICES
571 North Grand Avenue
Nogales, AZ 85621
T: (520) 281-2923
lawrobertomontiel@hotmail.com

Attorneys for Plaintiff
(*Additional Counsel on Subsequent Pages*)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARACELI RODRIGUEZ, individually and as the surviving mother and personal representative of the ESTATE OF J.A., Deceased,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LONNIE SWARTZ, et al.,<br><br>　　　　　　Defendants. | Case No. 4:14-cv-02251-RCC<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S COUNSEL ELIZABETH BALASSONE**<br><br>**(Assigned to the Honorable Raner C. Collins)**<br><br>Action Filed: July 29, 2014 |

| | |
|---|---|
| 1 | Cecillia D. Wang* |
| | ACLU IMMIGRANTS' RIGHTS PROJECT |
| 2 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 3 | T:  (415) 343-0770 |
| | F:  (415) 268-7522 |
| 4 | cwang@aclu.org |
| 5 | Mitra Ebadolahi* |
| | ACLU FOUNDATION OF SAN DIEGO |
| 6 | AND IMPERIAL COUNTIES |
| | P.O. Box 92138 |
| 7 | San Diego, CA 92138-7131 |
| | T:  (619) 232-2121 |
| 8 | F:  (619) 232-0036 |
| | mebadolahi@aclusandiego.org |
| 9 | |
| 10 | Arturo J. Gonzalez* |
| | MORRISON & FOERSTER LLP |
| 11 | 425 Market Street |
| | San Francisco, CA 94105 |
| 12 | T:  (415) 268-7000 |
| | F:  (415) 268-7522 |
| 13 | agonzalez@mofo.com |
| 14 | Attorneys for Plaintiff |
| | * *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)* |

NOTICE OF WITHDRAWAL OF PLAINTIFF'S COUNSEL ELIZABETH BALASSONE
CASE NO. 4:14-cv-02251-RCC
sf-4178019

1  Pursuant to Local Rule 83.3(b)(4), Plaintiff provides notice that, as of February 18,
2  2020, Elizabeth Balassone will no longer be employed with the law firm of Morrison &
3  Foerster LLP, and will no longer be counsel for the Plaintiff in this case.  Plaintiff will
4  continue to be represented in this matter by other co-counsel of record for the Plaintiff.

6  Dated:  February 13, 2020         By:   */s/ Elizabeth Balassone*
                                            Elizabeth Balassone

   MORRISON & FOERSTER LLP
   Arturo Gonzalez*

   ACLU FOUNDATION
   Lee Gelernt*

   PARRA LAW OFFICES
   Luis F. Parra (Bar No. 21570)

   ROBERTO MONTIEL LAW OFFICES
   Roberto C. Montiel (Bar No. 003198)

   ACLU IMMIGRANTS' RIGHTS PROJECT
   Cecillia D. Wang*

   ACLU FOUNDATION OF SAN DIEGO
   AND IMPERIAL COUNTIES
   Mitra Ebadolahi*

   Attorneys for Plaintiffs

   *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/ Elizabeth Balassone*
Elizabeth Balassone