# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 3, 2020

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

>    Re:  Lonnie Swartz v. Araceli Rodriguez,
>         Individually and as the Surviving Mother
>         and Personal Representative of J. A.,
>         No. 18-309 (Your docket No. 15-16410)

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 3, 2020

Mr. Sean Christopher Chapman, Esq.
Law Office of Sean C. Chapman, P. C.
100 N. Stone Avenue, Suite 701
Tucson, Arizona 85701

 Re: **Lonnie Swartz v. Araceli Rodriguez,**
    **Individually and as the Surviving Mother**
    **and Personal Representative of J. A.,**
    **No.  18-309**

Dear Mr. Chapman:

 Attached please find a certified copy of the judgment of this Court in the above-entitled case.

 The petitioner is given recovery of costs in this Court as follows:

  **Clerk's costs:**  $300.00

This amount may be recovered from the respondent.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By  *[signature]*
        Herve' Bocage
        Judgments/Mandates Clerk

cc:  Clerk, USCA Ninth Circuit
   (Your docket No. 15-16410)

# Supreme Court of the United States

No. 18-309

**LONNIE SWARTZ,**

Petitioner

v.

**ARACELI RODRIGUEZ, INDIVIDUALLY AND AS THE SURVIVING MOTHER AND PERSONAL REPRESENTATIVE OF J. A.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Hernandez* v. *Mesa,* 589 U. S. ___ (2020).

**IT IS FURTHER ORDERED** that the petitioner Lonnie Swartz recovers from Araceli Rodriguez, Individually and as the Surviving Mother and Personal Representative of J. A., Three Hundred Dollars ($300.00) for costs herein expended.

March 3, 2020

**Clerk's costs:**       $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States