# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Araceli Rodriguez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lonnie Swartz,<br><br>　　　　Defendant. | No. CV-14-02251-TUC-RCC<br><br>**ORDER** |

　　　In light of the Ninth Circuit mandate (Doc. 70-1) and given the Supreme Court decision in *Hernandez v. Mesa*, 589 U.S. __ (2020), IT IS ORDERED Plaintiff shall have thirty (30) days from the date of this Order to file a motion with the Court indicating why this case should not be dismissed.

　　　Dated this 3rd day of June, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge