IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Araceli Rodriguez, | No. CV-14-02251-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

On June 4, 2020, the Court gave Plaintiff thirty days to indicate why this case should not be dismissed given the Supreme Court opinion in *Hernandez v. Mesa*, 589 U.S. __ (2020). Thirty days have passed, with no filing from Plaintiff.

Accordingly, IT IS ORDERED this matter is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 8th day of July, 2020.

Honorable Raner C. Collins
Senior United States District Judge